# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

DONNA JO PATE, Administrator )
For the Estate of Cannon Pate, )
Deceased, )
                        )
         Plaintiff, )
                        )
v.                       )     Case No. CIV-23-253-JAR
                        )
TERRY PARK, in his official )
Capacity as Sheriff of Choctaw )
County, Oklahoma, )
                        )
         Defendant. )

## ADMINISTRATIVE CLOSING ORDER

This Court acknowledges the notification by the Settlement Judge that this case has settled.  In an effort to effectively manage this Court's calendar and prevent the unnecessary expenditure of resources by the Court and the parties, this case will be administratively closed pending the filing of the settlement documents in the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in her records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation, order, or judgment, for any other purpose required

to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties.   But, in any event, Plaintiff shall submit a judgment, stipulation of dismissal, or other closing document no later than **APRIL 30, 2026**.   Should Plaintiff fail to file one of these documents by this date or seek an extension of the deadline for submission, the case will be deemed dismissed in its entirety.

IT IS SO ORDERED this 26th day of March, 2026.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE