IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DONNA JO PATE, Administrator for )
the Estate of CANNON PATE, Deceased, )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )    Case No. CIV-23-253-JAR
                                    )
TERRY PARK, in his official capacity as )
Sheriff of Choctaw County, Oklahoma; )
                                    )
                    Defendant.      )

## JOINT MOTION TO APPROVE JOURNAL ENTRY OF JUDGMENT

The Plaintiff Donna Jo Pate, Administrator for the Estate of Cannon Pate, Deceased, and

Defendant Terry Park, in his official capacity as Sheriff of Choctaw County, Oklahoma, by and

through counsel of record, respectfully request that the Court enter the Journal Entry of Judgment

Upon Agreed Settlement, which is being submitted electronically to the Court contemporaneously

with this Joint Motion.

Respectfully submitted,

s/ Wellon B. Poe
Wellon B. Poe, OBA No. 12440
Jamison C. Whitson, OBA No. 18490
Howard T. Morrow, OBA No. 32650
Alison B. Levine, OBA No. 33021
COLLINS ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
(405) 524-2070/Fax: (405) 524-2078
E-mail:      wbp@czwlaw.com
             jcw@czwlaw.com
             htm@czwlaw.com
             abl@czwlaw.com

*ATTORNEYS FOR DEFENDANT*
*TERRY PARK, IN HIS OFFICIAL*
*CAPACITY AS SHERIFF OF CHOCTAW*
*COUNTY, OKLAHOMA*

s/ Jason C. Messenger
*(Signed with permission)*
Jason C. Messenger, OBA No. 19887
Colton L. Richardson, OBA No. 33767
RICHARDSON RICHARDSON
BOUDREAUX
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
Telephone: (918) 492-7674
Facsimile: (918) 493-1925
Email:        jcm@rrbok.com
              colton@rrbok.com

J. Spencer Bryan, OBA No. 19419
Steven J. Terrill, OBA No. 20869
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73103
Tele/Fax: (918) 935-2777
Email:        jsbryan@bryanterrill.com
              sjterrill@bryanterrill.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Jason C. Messenger, email at: jcm@rrbok.com
Colton L. Richardson, email at: colton@rrbok.com
Charles L. Richardson, email at: clr@rrbok.com
RICHARDSON RICHARDSON BOUDREAUX
7447 S. Lewis Avenue
Tulsa, OK 74136

Steven J. Terrill, email at: sjterrill@bryanterrill.com
J. Spencer Bryan, email at: jsbryan@bryanterrill.com
BRYAN & TERRILL LAW, PLLC
2500 S. Broadway, Suite 122
Edmond, OK 73013
***Attorneys for Plaintiff***

s/ Wellon B. Poe
Wellon B. Poe

2