IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONNA JO PATE, Administrator for the Estate of CANNON PATE, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-23-253-JAR |
| TERRY PARK, in his official capacity as Sheriff of Choctaw County, Oklahoma; | ) ) ) | |
| Defendant. | ) ) | |

## **JOURNAL ENTRY OF JUDGMENT UPON AGREED SETTLEMENT**

THIS MATTER comes before the Court on the Joint Motion to Approve Journal Entry of Judgment (Dkt. 177). Plaintiff Donna Jo Pate, Administrator for the Estate of Cannon Pate, Deceased, appears by and through her attorneys of record, the law firms of Richardson Richardson Boudreaux and Bryan & Terrill Law, PLLC. Defendant Terry Park, in his official capacity as Sheriff of Choctaw County, Oklahoma, appears by and through his attorney of record, Collins, Zorn & Wagner, PLLC.

Upon being advised that the parties have reached a full and final settlement of this action in the amount of Four Million dollars ($4,000,000.00), with Four Hundred, Twenty-Five Thousand dollars ($425,000.00) of this amount being paid by ACCO-SIG and Seventy-Five Thousand dollars ($75,000.00) of this amount being paid by Choctaw County within thirty (30) days of the entry of this Judgment and the remaining balance of Three Million, Five Hundred Thousand dollars ($3,500,000.00) having been authorized by Choctaw County via entry of a consent judgment, with post-judgment interest set pursuant to 28 U.S.C § 1961, the Court finds as follows:

1)    That the Court has subject matter jurisdiction of this lawsuit and the parties.

2)      That the parties have reached a full and final settlement of this lawsuit with no liability admitted on behalf of Defendant Terry Park as Sheriff of Choctaw County, the Board of County Commissioners of Choctaw County, any employee or officer of Choctaw County, or Choctaw County.

3)      That the Board of County Commissioners of Choctaw County has formally authorized settlement of Plaintiff's lawsuit in the amount of Four Million dollars ($4,000,000.00), with Four Hundred, Twenty-Five Thousand dollars ($425,000.00) of this amount being paid by ACCO-SIG and Seventy-Five Thousand dollars ($75,000.00) of this amount being paid by Choctaw County within thirty (30) days of the entry of this Judgment and the remaining balance of Three Million, Five Hundred Thousand dollars ($3,500,000.00) having been authorized by the County via entry of a consent judgment, with post-judgment interest pursuant to 28 U.S.C § 1961, and Plaintiff has agreed to the terms of the settlement, which are set forth and reduced to judgment herein, hereby settling all claims which were brought or could have or should have been brought against the Defendant Terry Park as Sheriff of Choctaw County, the Board of County Commissioners of Choctaw County, any employee or officer of Choctaw County, or Choctaw County, and all other Releasees as defined below, arising from or relating in any way to the conduct alleged in the Complaint including the death of Cannon Pate on or about August 20, 2021 (Dkt. 2-2) or any related conduct of the Releasees alleged to have occurred since the filing of the Complaint, as those claims exist as of the filing of this Journal Entry of Judgment Upon Agreed Settlement.

4)      That Plaintiff, on behalf of herself, the Estate, the Estate's heirs, successors and assigns, hereby releases and forever discharges the Defendant Terry Park as Sheriff of Choctaw County, the Board of County Commissioners of Choctaw County, and Choctaw County office

2

holders whether state or county, and their past or present board members, employees, agents, representatives, affiliates, successors, assigns and all other persons, firms, corporations that are or may be liable to any extent for any or all claims of any kind or character whatsoever (herein individually "Releasee" and collectively "Releasees"), arising from or relating in any way to the conduct alleged in the Complaint (Dkt. 2-2) or any related conduct of the Releasees alleged to have occurred since the filing of the Complaint (Dkt. No. 2-2), which Plaintiff, as Administrator of the Estate of Cannon Pate, individually and/or in all other capacities, now has or under any circumstances could or might have had against any Releasee as of the filing of this Journal Entry of Judgment Upon Agreed Settlement (herein the "Released Claims").

5) That settlement and payment of Four Million Dollars ($4,000,000.00) is inclusive of all attorney's fees, liens, pre-judgment interest, and costs, and all medical, dental, doctor, chiropractic, mental health, attorney, hospital and health care provider liens.

6) That if this Judgment were against an individual, it would be payable in full immediately. Because of the statutes of the State of Oklahoma, the paying entity, the Board of Commissioners for Choctaw County, Oklahoma, will pay Three Million, Five Hundred Thousand dollars ($3,500,000.00) of this Judgment in three equal annual installments, pursuant to Okla. Stat. tit. 62, § 365.5, beginning in 2027, together with post-judgment interest pursuant to 28 U.S.C § 1961.

7) That counsel for the Plaintiff has represented to the Defendant that there are no medical or other claims subject to any lien, including no Medicare or Medicaid liens against any settlement funds or payments.

8) The Court will retain jurisdiction over this matter following the entry of this Journal Entry of Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Approve Journal Entry of Judgment (Dkt. 177), is hereby **granted.** Judgment is hereby entered against Defendant in the amount of Four Million dollars ($4,000,000.00).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that, in consideration of this consent judgment and the payments to be made hereunder, Plaintiff, on behalf of herself, her heirs, successors and assigns, release and forever discharge Releasee from any liability for the Released Claims as of the filing of this Journal Entry of Judgment Upon Agreed Settlement.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that settlement of this case in the amount of Four Million dollars ($4,000,000.00) is inclusive of all attorney's fees, liens, pre judgment interest, and costs, and all medical, dental, doctor, chiropractic, mental health, attorney, hospital and health care provider liens.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED**, that no liability has been admitted by or found against Defendant Terry Park as Sheriff of Choctaw County, the Board of County Commissioners of Choctaw County or Choctaw County, and they have advised the Court they have consented to the entry of this Judgment and agreed to its terms in order to avoid the risk of further time, expense, and monetary exposure associated with this case.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED**, that Four Hundred Twenty-Five Thousand dollars ($425,000.00) will be paid by ACCO-SIG under the county's liability coverage agreement and on behalf of the Choctaw County within thirty (30) days of the entry of this Judgment to Plaintiff and the law firms of Richardson Richardson Boudreaux and Bryan & Terrill Law, PLLC.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Seventy-Five Thousand dollars ($75,000.00) will be paid by Choctaw County within thirty (30) days of the

entry of this Judgment to Plaintiff and the law firms of Richardson Richardson Boudreaux and Bryan & Terrill Law, PLLC.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the Board of County Commissioners of Choctaw County will pay Three Million, Five Hundred Thousand dollars ($3,500,000.00) in three equal annual installments, pursuant to Okla. Stat. tit. 62, § 365.5, by May 30 of each year, beginning in 2027, together with post-judgment interest pursuant to 28 U.S.C § 1961, to Plaintiff and the trust accounts of the law firms of Richardson Richardson Boudreaux and Bryan & Terrill Law, PLLC (or any successors thereof) as directed by the law firms.

Upon payment of any portion of this Judgment to the Plaintiff and the trust accounts of the law firms of Richardson Richardson Boudreaux and Bryan & Terrill Law, PLLC (or any successors thereof) as directed by the law firms, Releasees shall be released from any and all claims under this Judgment as to that portion of the Judgment paid to such trust accounts.

**IT IS SO ORDERED** this 28th day of April, 2026.

Jason A. Robertson
United States Magistrate Judge
Eastern District of Oklahoma